UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– v.–

EMILIO RODRIGUEZ,

                Defendant.

**ORDER**

22 Cr. 591 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated in open court today, Defendant Emilio Rodriguez's conditions of supervised release are modified to include the following special conditions:

      First, the supervisee will clear the pending New Jersey arrest warrant in Hillsborough.

      Second, the supervisee is prohibited from having contact with his ex-girlfriend and members of her family between now and the next conference on January 24, 2024, at 2:00 p.m.

Dated: New York, New York
       November 7, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge